## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

    vs.                                           **CASE NO. 3:08cr22/LAC**

**JAMES FREEMAN**

_____

### GOVERNMENT'S FED. R. EVID. 404(B) NOTICE

COMES NOW the United States of America, by and through the United States Attorney for the Northern District of Florida and the undersigned Assistant United States Attorney, and files this notice of evidence which the United States may introduce in its case-in-chief as uncharged misconduct in order to prove intent.  Fed. R. Evid. 404(b); *See United States v. Lampley*, 68 F.3d 1296 (11th Cir. 1995)(Government must only provide notice of the "general nature" of the extrinsic act evidence); *United States v. Perez-Tosta*, 36 F.3d 1552 (11th Cir. 1994)(policy of pre-trial notice provision is to reduce surprise and promote early resolution of issues relating to admissibility of such evidence).

    (1)    Evidence that the defendant was convicted of Enticing a Minor for Indecent Purposes in Echols County, Georgia.

(2)   Evidence that the defendant was the Resident Agent of Families in Social Crisis Legal Defense Fund, Inc.; a group that appears to lend support to registered sex offenders.

Respectfully submitted this 4th day of March, 2008.

>Respectfully submitted,
>
>GREGORY R. MILLER
>UNITED STATES ATTORNEY
>
>*/s/ David L. Goldlberg*
>DAVID L. GOLDBERG
>Assistant United States Attorney
>Member of the Maryland Bar
>21 East Garden Street, Suite 400
>Pensacola, FL 32502
>(850)444-4000

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing GOVERNMENT'S FED. R. EVID. 404(B) NOTICE has been furnished to defense counsel via electronic filing with the clerk's office on this 4th day of March, 2008.

>*/s/ David L. Goldlberg*
>DAVID L. GOLDBERG
>Assistant United States Attorney