UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

VS   CASE NO. 3:08cr22 LAC

JAMES FREEMAN

**REFERRAL AND ORDER**

Referred to Judge Lacey Collier on  November 25, 2008
Motion/Pleadings: MOTION TO DISMISS COUNT ONE OF SUPERSEDING INDICTMENT FOR FAILING TO ADEQUATELY ALLEGE AN OFFENSE
Filed by DEFENDANT  on 11/13/08  Doc.# 313

RESPONSES:
BY GOVERNMENT  on 11/21/08  Doc.# 375
_____  on _____  Doc.# _____

_____ Stipulated     _____ Joint Pldg.
_____ Unopposed     _____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

s/Mary Maloy
LC (1 OR 2)   Deputy Clerk: Mary Maloy

# ORDER

*Upon consideration of the foregoing, it is ORDERED this 30th day of December, 2008, that:*
*(a) The relief requested is **DENIED**.*
*(b) _____*

s/L.A. Collier
**LACEY A. COLLIER**
*Senior United States District Judge*

Entered On Docket: _____  By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to: _____

Document No.