## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                                 CASE NO. 3:08cr22 LAC

JAMES FREEMAN

### REFERRAL AND ORDER

Referred to Judge Lacey Collier on   November 25 , 2008

Motion/Pleadings:  MOTION TO DISMISS COUNT FORTY OF SUPERSEDING INDICTMENT FOR FAILING TO ADEQUATELY ALLEGE AN OFFENSE

Filed by  DEFENDANT   on 11/13/08   Doc.# 317

RESPONSES:

BY GOVERNMENT   on 11/21/08   Doc.# 375

                                             on   Doc.#

_____ Stipulated  _____ Joint Pldg.
_____ Unopposed  _____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

*s/Mary Maloy*

LC (1 OR 2)                          Deputy Clerk: Mary Maloy

### ORDER

*Upon consideration of the foregoing, it is ORDERED this 30th day of December, 2008, that:*

*(a) The relief requested is **DENIED**.*

*(b)* _____

*s/L.A. Collier*

**LACEY A. COLLIER**
*Senior United States District Judge*

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____

Document No.