**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

UNITED STATES OF AMERICA

    VS                                                               CASE NO. 3:08cr22 LAC

JAMES FREEMAN

**REFERRAL AND ORDER**

Referred to Judge Lacey Collier on __November 25 , 2008__
Motion/Pleadings: __MOTION FOR MORE DEFINITE BILL OF PARTICULARS__
Filed by __DEFENDANT__ on __11/13/08__ Doc.# __321__

RESPONSES:
__BY GOVERNMENT__ on __11/21/08__ Doc.# __377__
_____ on _____ Doc.# _____

____ Stipulated      ____ Joint Pldg.
____ Unopposed      ____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

*s/Mary Maloy*
LC (1 OR 2)                Deputy Clerk: Mary Maloy

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 30th day of December, 2008, that:*

*(a) The relief requested is **DENIED**.*
*(b)* _____

                                                 *s/L.A. Collier*
                                                 ***LACEY A. COLLIER***
                                              *Senior United States District Judge*

Entered On Docket: _____ By: ___
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to: _____

Document No.