# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

VS        CASE NO.  3:08cr22 LAC

JAMES FREEMAN

## REFERRAL AND ORDER

Referred to Judge Lacey Collier on   December 22, 2008

Motion/Pleadings:  MOTION IN LIMINE REGARDING PHRASE "IMAGES AND VIDEOS OF CHILD EXPLOITATION

Filed by  DEFENDANT            on 12/22/08        Doc.# 407

RESPONSES:

BY GOVERNMENT            on 12/23/08        Doc.# 413

___ Stipulated    ___ Joint Pldg.
___ Unopposed    ___ Consented

WILLIAM M. McCOOL, CLERK OF COURT

*s/Mary Maloy*

LC (1 OR 2)        Deputy Clerk: Mary Maloy

## ORDER

*Upon consideration of the foregoing, it is ORDERED this 30th day of December, 2008, that:*

*(a) The relief requested is **DENIED**.*

*(b)* ___

*s/L.A. Collier*
**LACEY A. COLLIER**
*Senior United States District Judge*

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____

Document No.