**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

UNITED STATES OF AMERICA

VS                                                          CASE NO. 3:08cr22 LAC

JAMES FREEMAN

**REFERRAL AND ORDER**

Referred to Judge Lacey Collier on _____December 29, 2008_____
Motion/Pleadings: __MOTION IN LIMINE FOR THE COURT TO DETERMINE THE ADMISSIBILITY OF AUTHENTICATED BUSINESS RECORDS__
Filed by _GOVERNMENT_   on _12/18/2008_   Doc.# _393_

RESPONSES:

_____ on _____ Doc.# _____
_____ on _____ Doc.# _____

_____ Stipulated       _____ Joint Pldg.
_____ Unopposed        _____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

_s/Mary Maloy_
LC (1 OR 2)                Deputy Clerk: Mary Maloy

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 30th day of December, 2008, that:*

*(a) The relief requested is **GRANTED**.*

*(b) The questioned business records will be admitted.*

s/*L.A. Collier*
**LACEY A. COLLIER**
*Senior United States District Judge*

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to: _____

Document No.