# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                                           CASE NO.  3:08cr22-02/LAC

JAMES FREEMAN a/k/a Mystikal

## REFERRAL AND ORDER

Referred to Senior Judge Lacey A. Collier on:   December 22, 2008

Motion/Pleadings:   Motion in Limine Regarding Government's Notice of Rule 404(B) Evidence

Filed by   Defendant   on 12/19/2008   Doc.#   400

RESPONSES:

By Government   on 12/22/2008   Doc.#   402

on   Doc.#

_____ Stipulated   _____ Joint Pldg.

_____ Unopposed   _____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

_____   *s/Mary Maloy*

LC (1 OR 2)                 Deputy Clerk: Mary Maloy

# *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 13th day of January, 2009, that:*
*(a) The relief requested is **DENIED**.   MOOT.*
*(b) Not offered.*

                                  *s/L. A. Collier*
                                   *LACEY A. COLLIER*
                         *Senior United States District Judge*