# *United States District Court*

Criminal Minutes - Trial

Case No. ___3:08cr22LAC_____          Date ___January 14 , 2009___

DOCKET ENTRY: Jury Trial minutes. Jury selection held 1/5/09 with trial held 1/5, 1/6, 1/7, 1/8, 1/13 & 1/14/09.   Verdicts returned on 1/14 (see separate verdict form for each deft).

Attached: daily minutes, govt and deft witness lists, govt and deft exhibit lists. Also attached is a copy of the Clerk's Exhibit Storage form indicating that only documentary exhibits (One Box) are maintained in the Clerk's secured storage room. All remaining Govt exhibits were returned to FBI Agent on Charles Wilder on 1/15/09 - see attached Govt exhibit list for the highlighted exhibits that were returned. Names of jurors selected and Jury challenge list filed separately (under seal per privacy policy)

PRESENT:          HONORABLE ____LACEY A. COLLIER_____, JUDGE

__Mary Maloy_____                    ____Donna Boland___                    ____ David Goldberg / Lisa Marie Freitas__
     Deputy Clerk                              Court Reporter                          Asst. U.S. Attorney

|  **U.S.A. v. (DEFENDANTS LISTED BELOW)**  |  |  **ATTORNEY FOR DEFENDANT**  |

U.S.A. vs._ JAMES FREEMAN (JF)____        Present       __Thomas Keith_____present/appointed
                                                            **Attorney for Defendant**

U.S.A. vs._ GARY LAKEY (GL)____           Present       __Albert Oram, Jr.____present/appointed
                                                            **Attorney for Defendant**

U.S.A. vs._ MARVIN LAMBERT (ML)___       Present       __Stephen Sutherland__present/appointed
                                                            **Attorney for Defendant**

U.S.A. vs._ NEVILLE MCGARITY (NM)        Present       __Pat Jackson_____present/appointed
                                                            **Attorney for Defendant**

U.S.A. vs._ WARREN MUMPOWER (WM)_      Present       __Brian Lang_____present/appointed
                                                            **Attorney for Defendant**

U.S.A. vs._ RONALD WHITE (RW)___          Present       __Clinton Couch_____present/appointed
                                                            **Attorney for Defendant**

U.S.A. vs._ DANIEL CASTLEMAN (DC)_       Present       __George Murphy_____present/appointed
                                                            **Attorney for Defendant**

_____ Case called and continued to _____for trial.

_____ COURT TRIAL.

___X___ JURY TRIAL. The Jury impaneled and sworn. Jury list is docketed separately and under seal per privacy policy.

SEE SEPARATE LIST FOR WITNESSES AND EXHIBITS.
_____ Case continued to _____ for further trial.
___X___ Motion for judgement of acquittal _____ granted ____X___ denied _____ submitted.
___X___ Jury retires to deliberate at 9:38am on 1/14/09 ____ Jury returns at__1:28pm on 1/14/09_____.
_____ Ordered Jury be taken to _____;_____ Be lodged for night.
_____ FINDING BY COURT. ___X____ JURY VERDICT. SEE SIGNED VERDICT AS TO EACH DEFENDANT.

___X___ Jury polled as a group. _____ Polling waived. _____ Mistrial declared.
_____ Continued to _____ for _____ setting _____ trial _____further trial.
___X___ Referred to Probation Officer for I/R and continued to Tuesday, April 14, 2009__ for sentencing.
___X___ Ordered defendants_____ ___X___ be taken into custody _____ remain on present bond.
_____ Probation report waived as to defendant _____.

**USA V JAMES FREEMAN, et al      3:08cr22LAC      Jury Trial held 1/5/2009 through 1/14/2009**                    Pg. 2
Defts J. Freeman (JF), G. Lakey (GL), M. Lambert (ML), N. McGarity (NM), W. Mumpower (WM), R. White (RV), D. Castleman (DC)
Govt Attorneys David Goldberg (DG) and Lisa Marie Freitas (LF)

| | |
|---|---|
| **01/05/09** | **Court Reporter Donna Boland** |
| 10:20am | Court in session |
| | Voir Dire begins |
| 12:10pm | Court in recess with jury panel out (until 12:30pm) |
| 12:32pm | Court in session with jury panel in |
| | Deft RW now request to challenge Juror #4 |
| | Rather than use a challenge, the parties agree to place Juror #4 at end of the list.  Jurors #16,#27,#28,#35 & |
| | #49 were previously placed at the end of the list (upon agreement by all parties) |
| | After the Defense strikes Juror #11, the Govt challenges that the defts have stricken Jurors #7,#9 & #11 (all |
| | females) |
| | Deft atty Keith responds |
| | At this time the Court denies without prejudice the Govt's challenge |
| | Jury selection completed (12 jurors and 4 alternates) |
| 12:50pm | Jury panel returned to courtroom |
| | Court announces the 16 selected jurors |
| | The selected jurors are instructed to return at 2:15pm and are excused from the courtroom |
| | Court thanks remaining panel and excuses from further service |
| 12:58pm | Court questions Govt how they will present certain evidence (portions of videos and CDs) |
| | Govt responds |
| 01:00pm | Deft RW responds |
| 01:10pm | Deft NM responds |
| 01:15pm | Deft GL responds |
| 01:18pm | Govt responds |
| 01:21pm | Deft NM responds |
| 01:23pm | Deft GL responds |
| 01:25pm | Deft JF responds |
| 01:30pm | Deft RW responds |
| 01:33pm | Court request that the Govt have an agent available later today so that the Defense may preview certain |
| | discovery |
| 01:34pm | Deft DC responds |
| 01:35pm | Court in recess until 2:00pm |
| 02:10pm | Court in session without jury |
| | Defts announce the order they will be presenting their case: |
| | Deft James Freeman (JF) 1st |
| | Deft Daniel Castleman (DC) 2nd |
| | Deft Ronald White (RW) 3rd |
| | Deft Marvin Lambert (ML) 4th |
| | Deft Gary Lakey (GL) 5th |
| | Deft Warren Mumpower (WM) 6th |
| | Deft Neville McGarity (NM) 7th |
| | Govt request 20 minutes for opening statements |
| 02:12pm | Jury panel in |
| | Jury sworn by clerk |
| | Court instructs the jury re trial procedures |
| 02:34pm | Govt (DG)Opening Statement |
| 02:42pm | Deft JF Opening Statement |
| 02:50pm | Deft DC Opening Statement |
| 02:53pm | Deft RW reserves Opening Statement |
| | Deft ML reserves Opening Statement |
| | Deft GL reserves Opening Statement |
| | Deft WM reserves Opening Statement |
| | Deft NM reserves Opening Statement |
| 02:55pm | Govt (LF) witness Brenden Power sworn - Direct |
| 04:00pm | Court in recess with jury out (until 4:20pm) |
| | Deft NM announces they wish to adopt all motions and objections made by the codefts |
| 04:02pm | Court in recess (until 4:20pm) |

| | |
|---|---|
| **01/05/09** | **Court Reporter Donna Boland** |
| 04:20pm | Court in session with jury in |
| | Govt (LF) continued Direct of witness Brenden Power |
| 05:01pm | Deft (JF) Cross of witness Brenden Power |
| 05:18pm | Deft (DC) Cross of witness Brenden Power |
| 05:29pm | Court informs the jury of upcoming days that the trial will not be held: the afternoon of 1/9/09 and the MLK holiday on 1/19/09. |
| | Jury out (until 8:30am) |
| | Govt outlines Govt Exhibits #17A - C. |
| | Deft (JF) responds/objects |
| 05:33pm | Court sustains Deft (JF)'s objections to Govt Exhibits #17A - C |
| | Govt responds |
| 05:35pm | Deft (GL) will join in all objections and motions made by the codefts |
| | All Defts announce they will join in all objections and motions made by the codefts (unless they specifically opt out) |
| 05:36pm | Deft (WM) request that deft attys be allowed to have cell phones in the 4th Floor witness room - Court approves request |
| 05:38pm | Deft (GL) request copies of the Govt documentary exhibits that were admitted today |
| 05:40pm | Court in evening recess (until 8:30am) |
| | All Defts with their attorney remained in the courtroom to preview certain Govt exhibits |
| 06:10pm | Parties complete their preview of exhibits |
| | |
| **01/06/09** | **Court Reporter Donna Boland** |
| 08:29am | Court in session without jury |
| | Deft NM request that their witnesses (Charles Green) be allowed in the courtroom during other testimony |
| 08:30am | Govt responds |
| | If Deft witness Green allowed in courtroom, the Govt reserves their right to possibly call additional expert witnesses |
| 08:36am | Govt informs the Court that certain discovery was previewed by all defts after the trial recessed yesterday |
| 08:37am | Deft (JF) offers a continuing objection to any Govt exhibits introduced through witness Brenden Power without first laying a foundation |
| 08:38am | Govt responds |
| 08:40am | Deft (DC) questions if the Govt exhibits that were previewed after trial yesterday will be specifically what is given to the jury |
| 08:42am | Jury in |
| | Deft (RW) Cross of witness Brenden Power |
| 08:46am | Deft (GL) Cross of witness Brenden Power |
| 08:58am | Deft (WM) Cross of witness Brenden Power |
| 09:05am | Deft (NM) Cross of witness Brenden Power |
| 09:10am | Govt (LF) Redirect of witness Brenden Power |
| 09:15am | Govt witness Warren Weber sworn - Direct |
| 09:22am | Deft (JF) Cross of witness Warren Weber |
| 09:32am | Deft (DC) Cross of witness Warren Weber |
| 09:39am | Deft (ML) Cross of witness Marvin Lambert |
| 09:45am | Deft (GL) Cross of witness Marvin Lambert |
| 09:48am | Govt (DG) Redirect of witness Marvin Lambert |
| 09:50am | Govt (LF) witness Ruble Keys sworn - Direct |
| 09:58am | Deft (JF) Cross of witness Ruble Keys |
| 10:02am | Deft (DC) Cross of witness Ruble Keys |
| 10:08am | Deft (RW) Cross of witness Ruble Keys |
| 10:11am | Deft (GL) Cross of witness Ruble Keys |
| 10:14am | Jury out (until 10:35am) |
| | Deft (GL) and (JF) objects to Govt questioning witnesses if the codefts knew each other |
| 10:15am | Govt (DG) responds |
| 10:16am | Court in recess (until 10:35am) |
| 10:35am | Court in session with jury in |
| | Govt (DG) witness Charles Wilder sworn - Direct |
| 11:26am | Deft (JF) will stipulate that Govt Exh #JF-17 is child pornography; Govt objects and will publish Exh #JF-17 |

Case 3:08-cr-00022-LC-EMT    Document 468    Filed 01/14/09    Page 4 of 29
USA V JAMES FREEMAN, et al    3:08cr22LAC    Jury Trial held 1/5/2009 through 1/14/2009    Pg. 4
Defts: J. Freeman (JF), G. Lakey (GL), M. Lambert (ML), N. McGarity (NM), W. Mumpower (WM), R. White (RV), D. Castleman (DC)
Govt Attorneys David Goldberg (DG) and Lisa Marie Freitas (LF)

| | |
|---|---|
| **01/06/09** | **Court Reporter Donna Boland** |
| | |
| 11:34am | Deft (JF) Cross of witness Charles Wilder |
| 11:55am | Govt (DG) Redirect of witness Charles Wilder |
| 11:58am | Govt witness Carrie LeBlanc sworn - Direct |
| 12:06pm | Deft (JF) Cross of witness Carrie LeBlanc |
| 12:10pm | Deft (DC) Cross of witness Carrie LeBlanc |
| 12:13pm | Govt (DG) Redirect of witness Carrie LeBlanc |
| 12:15pm | Jury out (until 1:30pm) |
| | Deft (JF) request that the Court review witness Carrie LeBlanc's notes if there is any Brady material |
| | Govt informs the Court that there was no Brady material |
| 12:17pm | Court in recess (until 1:30pm) |
| 01:30pm | Court in session with jury in |
| | Govt (DG) witness Timothy McCrohan sworn - Direct |
| 01:41pm | Deft (JF) Cross of witness Timothy McCrohan |
| 01:44pm | Govt (DG) witness Scott Downie sworn - Direct (offered as an expert) |
| 01:54pm | Deft (JF) Cross of witness Scott Downie |
| 01:55pm | Govt (DG) Redirect of witness Scott Downie |
| 01:56pm | Govt (DG) witness Christopher Tarbell sworn - Direct (offered as an expert) |
| 02:00pm | Deft (JF) Cross of witness Christopher Tarbell |
| 02:05pm | Govt (DG) Redirect of witness Christopher Tarbell |
| 02:07pm | Govt (DG) witness Gregory Hermanson sworn - Direct (offered as an expert) |
| 02:11pm | Govt (DG) recalls witness Charles Wilder - Direct |
| 02:25pm | Deft (JF) will stipulate that Govt Exh #JF-32 is child pornography; Govt objects and will publish Exh #JF-32 |
| 02:28pm | Deft (JF) Cross of witness Charles Wilder |
| 02:30pm | Govt (DG) Redirect of witness Charles Wilder |
| 02:31pm | **Govt (DG) will now begin testimony as to Deft Daniel Castleman** and will recall witness Charles Wilder |
| | Govt (DG) recalls witness Charles Wilder - Direct |
| 03:12pm | Jury out (until 3:35pm) |
| | Court instructs parties not to offer proposed stipulations in front of the jury |
| 03:14pm | Court in recess (until 3:35pm) |
| 03:35pm | Court in session with jury in |
| | Govt (DG) continued Direct of Charles Wilder |
| 03:36pm | Deft (DC) Cross of witness Charles Wilder |
| 03:41pm | Govt (DG) Redirect of witness Charles Wilder |
| 03:42pm | Govt (DG) witness Keith Quigley sworn - Direct |
| 03:58pm | Deft (DC) Cross of witness Keith Quigley |
| 04:03pm | Govt (DG) Redirect of witness Keith Quigley |
| 04:04pm | Govt (DG) witness Donald Wills sworn - Direct |
| 04:08pm | Deft (DC) Cross of witness Donald Wills |
| 04:09pm | Govt (DG) Redirect of witness Donald Wills |
| 04:10pm | Govt (DG) recalls witness Gregory Hermanson - Direct |
| 04:12pm | Deft (DC) Cross of witness Gregory Hermanson |
| 04:15pm | Govt (DG) recalls witness Christopher Tarbell - Direct |
| 04:17pm | Govt (DG) recalls witness Charles Wilders - Direct |
| 04:40pm | Deft (DC) Cross of witness Charles Wilder |
| 04:42pm | Govt (DG) Redirect of witness Charles Wilder |
| 04:44pm | Govt (LF) witness P. Michael Gordon sworn - Direct |
| 05:25pm | Jury out (until 8:30am) |
| 05:27pm | Court in evening recess (until 8:30am) |
| | |
| **01/07/09** | **Court Reporter Donna Boland** |
| | |
| 08:25am | Court in session without jury |
| | Deft Atty Sutherland speaks to Judge at bench re a personal matter |
| 08:26am | Deft (GL) informs the Court that he had filed a Motion in Limine this morning |
| 08:27am | Jury in |
| | Govt (LF) continued Direct of witness P. Michael Gordon |
| 08:34am | Deft (RW) Cross of witness P. Michael Gordon |
| 08:45am | Govt (LF) witness Douglas Rentz sworn - Direct |
| 09:00am | Deft (RW) Cross of witness Douglas Rentz |

**USA V JAMES FREEMAN, et al   3:08cr22LAC   Jury Trial held 1/5/2009 through 1/14/2009**   Pg. 5
Defts:  J. Freeman (JF), G. Lakey (GL), M. Lambert (ML), N. McGarity (NM), W. Mumpower (WM), R. White (RV), D. Castleman (DC)
Govt Attorneys David Goldberg (DG) and Lisa Marie Freitas (LF)

| | |
|---|---|
| **01/07/09** | **Court Reporter Donna Boland** |
| | |
| 09:05am | Govt (LF) witness Joseph Ganc sworn - Direct (Offered as an expert) |
| 09:10am | Deft (RW) Cross of witness Joseph Ganc |
| 09:15am | Govt (LF) recalls witness P. Michael Gordon - Direct |
| 09:36am | Deft (RW) Cross of witness P. Michael Gordon |
| 09:38am | Govt witness John Mosman sworn - Direct |
| 09:50am | Deft (JF) Cross of witness John Mosman |
| 09:58am | Deft (DC) Cross of witness John Mosman |
| 10:12am | Deft (RW) Cross of witness John Mosman |
| 10:17am | Deft (ML) Cross of witness John Mosman |
| 10:22am | Jury out (until 10:45am) |
| 10:45am | Court in session with jury in |
| | Deft (GL) Cross of witness John Mosman |
| 10:51am | Deft (WM) Cross of witness John Mosman |
| 10:56am | Deft (DG) Redirect of witness John Mosman |
| 11:02am | **Govt (DG) will now begin testimony as to Deft Marvin Lambert** and will recall witness P. Michael Gordon |
| | Govt (DG) recalls witness P. Michael Gordon - Direct |
| 11:45am | Deft (ML) Cross of witness P. Michael Gordon |
| 12:00pm | Govt (DG) Redirect of witness P. Michael Gordon |
| 12:05pm | Jury out (until 1:30pm) |
| | Deft (RW) asks about trial schedule for Friday, January 9th. |
| | Court informs parties that trial may not be held on Monday, January 12th |
| 12:08pm | Court in recess (until 1:30pm) |
| 01:30pm | Court in session without jury |
| | Deft (NM) withdraws their objections to certain Govt exhibits (videos, images, etc. of child pornography) going back to the jury for deliberation |
| 01:32pm | Jury in |
| | Govt (DG) witness Emily Odom sworn - Direct |
| 01:37pm | Deft (ML) Cross of witness Emily Odom |
| 01:40pm | Govt (DG) witness Joel Arthur sworn - Direct |
| 01:50pm | Deft (ML) Cross of witness Joel Arthur |
| 01:55pm | Govt (DG) Redirect of witness Joel Arthur |
| 01:56pm | Govt (DG) witness Andrew Spurlock sworn - Direct (offered as an expert) |
| 02:02pm | Deft (ML) Cross of witness Andrew Spurlock |
| 02:04pm | Govt (DG) Redirect of witness Andrew Spurlock |
| 02:05pm | Govt (DG) witness Edward Cramer sworn - Direct (offered as an expert) |
| 02:09pm | Deft (ML) Cross of witness Edward Cramer |
| 02:10pm | Govt (DG) Redirect of witness Edward Cramer |
| 02:11pm | Govt (DG) recalls witness P. Michael Gordon - Direct |
| 02:26pm | Deft (ML) Cross of witness P. Michael Gordon |
| 02:28pm | Govt (DG) Redirect of witness P. Michael Gordon |
| 02:35pm | Jury out |
| | Deft (GL) argues their Motion in Limine (Doc # 444) and objects to certain Govt Exhibits (business records) being admitted; Deft will now offer to stipulate that certain Govt exhibits are child pornography |
| 02:55pm | Govt (LF) responds |
| 02:59pm | Deft (GL) responds |
| 03:00pm | Court announces findings as to Deft's GL's Motion in Limine |
| | Deft (JF) adopts Deft (GL)'s Motion in Limine |
| 03:05pm | Court in recess (until 3:15pm) |
| 03:15pm | Court in session with jury in |
| | **Govt (LF) will now begin testimony as to Deft Gary Lakey** and will recall witness Charles Wilder |
| | Govt (LF) recalls witness Charles Wilder - Direct |
| 04:06pm | Deft (GL) Cross of witness Charles Wilder |
| 04:40pm | Govt (DG) Redirect of witness Charles Wilder |
| 04:45pm | Jury out (until 8:30am) |
| | Court instructs parties to submit any proposed jury instructions by tomorrow. |
| 04:46pm | Court in evening recess (until 8:30am) |

**USA V JAMES FREEMAN, et al     3:08cr22LAC     Jury Trial held 1/5/2009 through 1/14/2009**                          Pg. 6
**Defts: J. Freeman (JF), G. Lakey (GL), M. Lambert (ML), N. McGarity (NM), W. Mumpower (WM), R. White (RV), D. Castleman (DC)**
**Govt Attorneys David Goldberg (DG) and Lisa Marie Freitas (LF)**

| | |
|---|---|
| **01/08/09** | **Court Reporter Donna Boland** |
| | |
| 08:30am | Court in session without jury |
| | Court request that attorneys submit their proposed jury instructions |
| | Deft (DC) informs the Court that he mis-spoke earlier in the trial re a stipulation about his client's computer |
| | Court suggests that Deft (DC) inform the jury during his closing statement |
| 08:33am | Govt (LF) witness Robert Herzog sworn - Direct |
| 09:06am | Deft (GL) Cross of witness Robert Herzog |
| 09:17am | Govt (LF) recalls witness Edward Cramer - Direct |
| 09:20am | Deft (GL) Cross of witness Edward Cramer |
| 09:30am | Govt (LF) recalls witness Charles Wilder - Direct |
| 09:50am | Deft (GL) Cross of witness Charles Wilder |
| 10:01am | **Govt (DG) will now begin testimony as to Deft Warren Mumpower** |
| | Govt (LF) witness Barbara Cordero sworn - Direct |
| 10:22am | Jury out (until 10:45am) |
| | Court request that Deft (GL) submit a case that is factual as to Doc #446 (Notice of Supplemental Authority on Right to remain silent) |
| 10:25am | Deft (NM) request Court's permission to reserve objections to any Govt exhibits until their Cross examination |
| 10:26am | Court in Recess (until 10:45am) |
| 10:45am | Court in session with jury in |
| | Govt (LF) continued Direct of witness Barbara Cordero |
| 11:09am | Deft (WM) Cross of witness Barbara Cordero |
| 11:21am | Govt (LF) Redirect of witness Barbara Cordero |
| 11:25am | Govt (LF) witness Frank Harrill sworn - Direct |
| 11:38am | Deft (WM) Cross of witness Frank Harrill |
| 11:48am | Govt (LF) Redirect of witness Frank Harrill |
| 11:49am | Govt (LF) witness Lisa Jangaard sworn - Direct |
| 11:58am | Govt (LF) witness Paul Ferraro sworn - Direct (offered as an expert) |
| 11:59am | Deft (DC) Atty Murphy asked to be excused from courtroom due to illness |
| | Court recessed while waiting for Atty Murphy to return |
| 12:04pm | Jury out (until 1:30pm) |
| 12:05pm | Deft (GL) offers objections re the chain of custody of certain Govt exhibits |
| 12:06pm | Court in recess (until 1:30pm) |
| 01:30pm | Court in session without jury |
| | Deft (NM) offers a continued objection to certain Govt exhibits that were obtained from witness Brenden Power's computer |
| 01:32pm | Jury in |
| | Govt (LF) continued Direct of witness Paul Ferraro |
| 01:35pm | Deft (WM) Cross of witness Paul Ferraro |
| 01:37pm | Deft (GL) Cross of witness Paul Ferraro |
| 01:38pm | Deft (WM) allowed additional Cross of witness Paul Ferraro |
| 01:39pm | Govt (LF) Redirect of witness Paul Ferraro |
| 01:40pm | Govt (LF) recalls witness Barbara Cordero - Direct |
| 01:53pm | Deft (WM) Cross of witness Barbara Cordero |
| 01:57pm | Govt (LF) Redirect of witness Barbara Cordero |
| 01:58pm | **Govt (DG) will now begin testimony as to Deft Neville McGarity** and will recall witness P. Michael Gordon |
| | Govt (DG) recalls witness P. Michael Gordon - Direct |
| 02:50pm | Deft (NM) Cross of witness P. Michael Gordon |
| 02:59pm | Deft (GL) Cross of witness P. Michael Gordon |
| 03:12pm | Jury out (until 3:35pm) |
| | Deft (GL) request and argues to admit Deft GL Exh #1 re his objections to the certification of authenticity of certain govt exhibits |
| 03:21pm | Deft (GL) moves to continue the trial so that he can make copies of Govt's exhibits |
| | Deft (ML) responds |
| 03:24pm | Govt (DG) responds |
| 03:25pm | Deft (GL) responds |
| 03:26pm | Govt (DG) responds |
| 03:28pm | Deft (GL) responds |

Case 3:08-cr-00022-LC-EMT   Document 468   Filed 01/14/09   Page 7 of 29
USA V JAMES FREEMAN, et al     3:08cr22LAC     Jury Trial held 1/5/2009 through 1/14/2009                    Pg. 7
Defts: J. Freeman (JF), G. Lakey (GL), M. Lambert (ML), N. McGarity (NM), W. Mumpower (WM), R. White (RV), D. Castleman (DC)
Govt Attorneys David Goldberg (DG) and Lisa Marie Freitas (LF)

| | |
|---|---|
| **01/08/09** | **Court Reporter Donna Boland** |
| | |
| 03:32pm | Court will not allow Deft (GL) to admit Deft Exh #1 through Govt witness P. Michael Gordon |
| 03:32pm | Court in recess (until 3:40pm) |
| 03:40pm | Court in session with jury in |
| | Govt (DG) Redirect of witness P. Michael Gordon |
| 03:45pm | Govt (DG) witness Rex Miller sworn - Direct |
| 04:10pm | Govt (DG) witness Christopher Lamb sworn - Direct |
| 04:16pm | Deft (NM) Cross of witness Christopher Lamb |
| 04:18pm | Govt (DG) Redirect of witness Christopher Lamb |
| 04:19pm | Govt (DG) witness Jay Sasportas sworn - Direct (offered as an expert) |
| 04:24pm | Deft (GL) Cross of witness Jay Sasportas |
| 04:25pm | Govt (DG) recalls witness P. Michael Gordon - Direct |
| 04:35pm | Jury out (until 9:00am) |
| | Govt informs the Court they will be calling additional witnesses to authenticate certain Govt Exhibits |
| 04:38pm | Deft (GL) offers a proffer re Govt witness Jay Sasportas |
| | Deft (GL) request to call Govt witness P. Michael Gordon to introduce Deft Exh #1 |
| | Deft (NM) responds |
| 04:50pm | Deft (WM) request that their witness Michael Berger (incarcerated) be transported from the Escambia County |
| | Jail tomorrow to appear for trial; Court orally request that USM process the inmate if possible. |
| 04:55pm | Deft (GL) requests that certain jury instructions be included |
| 04:56pm | Deft (JF) requests a certain jury instruction be included |
| 04:57pm | Deft (DC) atty Murphy will call the clerk Friday morning if still ill and not able to attend trial tomorrow |
| 04:58pm | Deft (NM) argues the defts right to be silent |
| | Govt (DG) responds with case law |
| 04:59pm | Deft (NM) responds |
| 05:01pm | Govt (DG) responds with case law |
| 05:02pm | Deft (GL) responds |
| 05:04pm | Court informs parties that we will probably not meet on Monday, Jan. 12th. |
| 05:05pm | Court in evening recess |
| | |
| 01/09/09 | Jury trial not held due to illness of a Deft attorney |
| 01/12/09 | Jury trial not held due to death in family of a Deft attorney |
| | |
| **01/13/09** | **Court Reporter Donna Boland** |
| | |
| 08:30am | Court in session without jury |
| | Govt (DG) informs the Court that he has filed a response (Doc #457) to Deft GL's argument on certification of |
| | business records (Doc #455); Govt request if Deft (GL) still has an objection after reviewing their response. |
| 08:31am | Deft GL responds and still stands with their objections |
| | Govt (DG) will now call witnesses re this matter |
| | Deft (NM) request that the jury be present for this testimony |
| | Govt (DG) does not object to the jury being present during this testimony |
| 08:34am | Jury in |
| | Govt (DG) witness Bradford Beard sworn - Direct |
| 08:40am | Deft (GL) Cross of witness Bradford Beard |
| 08:57am | Deft (DC) request to question witness Beard re Govt Exh #DC2; Govt (DG)        objects |
| | Court will not allow Deft (DC) to cross witness Beard re that exhibit |
| 08:59am | Govt (DG) recalls witness Barbara Cordero - Direct |
| 09:04am | Deft (JF) Cross of witness Barbara Cordero |
| 09:05am | Deft (GL) Cross of witness Barbara Cordero |
| 09:06am | Deft (WM) Cross of witness Barbara Cordero |
| 09:07am | Deft (DC) Cross of witness Barbara Cordero |
| 09:08am | Govt (DG) Redirect of witness Barbara Cordero |
| 09:10am | Govt (LF) witness Denny Wood sworn - Direct |
| 09:16am | Govt (LF) witness Jane Brillhart sworn - Direct |
| 09:21am | Govt (LF) witness Kevin Shanley sworn - Direct |
| 09:25am | Govt (LF) witness Denise Holtz sworn - Direct |
| 09:28am | Govt (DG) announces REST and reserves right for rebuttal |
| 09:30am | Jury out (until at least 9:50am) |

Defts: J. Freeman (JF), G. Lakey (GL), M. Lambert (ML), N. McGarity (NM), W. Mumpower (WM), R. White (RV), D. Castleman (DC)
Govt Attorneys David Goldberg (DG) and Lisa Marie Freitas (LF)

| 01/13/09 | Court Reporter Donna Boland |
|---|---|
| 09:30am | Deft (JF) motion for JOA re Count 40 |
| | Deft (RW) motion for JOA re Count 40 |
| | Deft (GL) motion for JOA re Count 40 |
| | Deft (JF) additional argument re Count 40 |
| | Deft (RW) additional argument re Count 40 |
| | Deft (NM) motion for JOA re Count 40 |
| 09:39am | Govt (DG) responds to Defts' motions for JOA re Count 40 |
| 09:45am | Deft (JF) responds |
| | Deft (RW) responds |
| 09:47am | Court will take Defts' motions for JOA re Count 40 under advisement |
| | Deft (JF) now argues Motion for JOA re the substantive counts |
| | Deft (DC) argues Motion for JOA re the substantive counts |
| | Deft (RW) argues Motion for JOA re the substantive counts |
| | Deft (GL) argues Motion for JOA re the substantive counts |
| | Deft (WM) argues Motion for JOA re the substantive counts |
| | Deft (NM) argues Motion for JOA re the substantive counts |
| 10:05am | Govt (DG) responds to all Defts' Motions for JOA |
| 10:14am | Deft (JF) responds |
| 10:15am | Deft (GL) responds |
| 10:16am | Court denies Defts' Motions for JOA re substantive counts |
| | Deft (JF) argues Motion for JOA re Count 1 |
| | Deft (DC) responds and adopts Deft (JF)'s Motion for JOA re Count 1 |
| | Deft (RW) argues Motion for JOA re Count 1 |
| 10:23am | Deft (ML) excused from courtroom for personal needs |
| | While Deft (ML) out , the Court request that Deft (GL) argue his recently filed Notice/Motion for Judicial Notice |
| | (Doc #458); Deft (GL) argues the motion for judicial notice |
| | Govt responds |
| | Deft (GL) responds |
| 10:30am | Deft (ML) returned to courtroom |
| | Deft (ML) argues Motion for JOA re Count 1 |
| | Deft (GL) argues Motion for JOA re Count 1 |
| | Deft (WM) adopts other Defts Motions for JOA re Count 1 |
| | Deft (NM) has no further argument at this time |
| 10:36am | Govt (DG) responds to all Defts Motions for JOA re Count 1 |
| 10:39am | Deft (JF) responds |
| | Deft (DC) adopts Deft (JF) response |
| | Deft (RW) responds |
| 10:40am | Court denies all Defts' Motions for JOA re Count 1 |
| 10:41am | Deft (JF) argues Motion for JOA re Count 2 |
| | Deft (DC) adopts Deft (JF) argument |
| 10:43am | Court denies all Defts' Motions for JOA re Count 2 |
| | All Defts except (WM) and (NM) will offer no evidence and will rest their case |
| | Deft (WM) will be offering a Joint Exhibit #1 (copy of email dated 12/8/06) into evidence; Joint Exh #1 admitted |
| | Deft (NM) request that Govt witness Rex Miller now be available for their case |
| | Govt (DG) informs the Court that witness Rex Miller is no longer here and not available to testify for the Deft |
| | Deft (NM) proffers evidence re the possible testimony of Govt witness Rex Miller |
| | Govt (DG) informs the Court that witness Rex Miller is not the correct witness for Deft (NM) to recall |
| | Deft (NM) continues proffer and now informs the Court that the correct witness is P. Michael Gordon |
| | Court will allow Deft (NM) to call Govt witness P. Michael Gordon |
| 10:49am | Court instructs all defts as a group their right to testify |
| | Court questions each deft individually if they understand; all defts respond individually that they understand |
| 10:50am | Deft (ML) announces that they are stipulating that the children used in the evidence were real |
| 10:51am | Court in recess (until 11:00am) |
| 11:00am | Court in session with jury in |
| | Court instructs the jury that the Defts will now present their case |
| | Deft (JF) Rests |
| | Deft (DC) Rests |
| | Deft (RW) Rests |
| | Deft (ML) Rests |

| | |
|---|---|
| **01/13/09** | **Court Reporter Donna Boland** |
| 11:03am | Deft (GL) Rests with exception of their issue re notice/motion for Judicial Notice |
| | Court grants Deft (GL)'s motion and the deft is allowed to publish his statement re Remembrance of the Daleks |
| | is a TV serial in a British science fiction television series |
| | Deft (GL) Rests |
| | Deft (WM) offers Joint Exhibit #1 as evidence; Court admits the exhibit |
| | Deft (WM) Rests |
| 11:05am | Deft (NM)'s case begins and recalls Govt Witness P. Michael Gordon |
| | Deft (NM) witness P. Michael Gordon - Direct |
| 11:10am | Govt Cross of witness P. Michael Gordon |
| 11:11am | Deft (NM) Redirect of witness P. Michael Gordon |
| | Deft (NM) Rests |
| | Govt will offer no rebuttal case |
| | Court instructs the jury to return at 1:00pm to begin closing arguments |
| 11:15am | Jury out |
| | Court inquires how much time each party may need for closing arguments |
| | Deft (JF) requests 30 minutes |
| | Deft (DC) requests 20 minutes |
| | Deft (RW) requests 15 minutes |
| | Deft (ML) requests 30 minutes |
| | Deft (GL) requests 45 minutes |
| | Deft (WM) requests 20 minutes |
| | Deft (NM) requests 20 minutes |
| | Govt (DG) requests 45 minutes; for rebuttal, the Govt is requesting an additional 1 hour |
| | Deft (GL) requests an additional jury instruction be provided to the jury |
| | Court will allow the jury instruction be included |
| 11:17am | Parties instructed to return at 12:30pm to review proposed jury instructions |
| | Court in recess (until 12:30pm) |
| 12:30pm | Court in session without jury |
| | Proposed jury instructions reviewed |
| 01:20pm | Deft (JF) moves for mistrial and to sever re extreme prejudicial evidence that did not pertain to deft (JF) |
| | Court denies Deft (JF)'s motion |
| | Deft (JF) objects to business records of Giganews re their certificates of authenticity |
| 01:24pm | Govt (DG) responds |
| | Court overrule Deft (JF)'s objections |
| 01:25pm | Court in recess (until 1:30pm) |
| 01:30pm | Court in session with jury in |
| | Court instructs jury re closing arguments |
| 01:32pm | Govt (LF) closing argument |
| 01:56pm | Deft (JF) request a bench conference before beginning their closing argument |
| | Deft (JF) moves for a mistrial (at the bench) |
| 02:00pm | Deft (JF) closing argument |
| 02:29pm | Deft (DC) closing argument |
| 02:36pm | Deft (RW) closing argument |
| 02:49pm | Deft (ML) closing argument |
| 03:07pm | Court in recess with jury out (until 3:30pm) |
| 03:30pm | Court in session with jury in |
| | Deft (GL) closing argument |
| 03:55pm | Deft (WM) closing argument |
| 04:17pm | Deft (NM closing argument |
| 04:22pm | Govt (DG) rebuttal closing argument |
| 04:49pm | Court instructs jurors to return tomorrow at 8:30am |
| 04:50pm | Jury out (until 8:30am) |
| | Deft (RW) moves for mistrial re remarks made by AUSA Goldberg during his rebuttal closing argument |
| | Deft (JF) joins in motion |
| | Court denies Deft (RW)'s motion |
| 04:51pm | Court in recess (until 8:30am) |

**USA V JAMES FREEMAN, et al      3:08cr22LAC    Jury Trial held 1/5/2009 through 1/14/2009**          Pg. 10
**Defts:  J. Freeman (JF), G. Lakey (GL), M. Lambert (ML), N. McGarity (NM), W. Mumpower (WM), R. White (RV), D. Castleman (DC)**
**Govt Attorneys David Goldberg (DG) and Lisa Marie Freitas (LF)**

| | |
|---|---|
| **01/14/09** | **Court Reporter Donna Boland** |
| 08:30am | Court in session without jury |
| | Govt (DG) informs the Court that the Deft (GL) filed additional argument (Doc #463) re a proposed stipulation |
| | and certain remarks made during the Govt's closing argument |
| | Govt responds to Doc #463 |
| 08:35am | Deft (GL) responds |
| 08:36am | Deft (RW) inquires if an additional jury instructions should be provided re the certain remarks made during the |
| | Govt's closing argument |
| | The Court will not add any additional jury instructions for that matter |
| 08:38am | Govt (DG) responds |
| 08:39am | Jury in |
| | Court publishes the jury instructions |
| 09:30am | Court announces the four alternate jurors |
| | Court excuses the jury panel to the courtroom to begin deliberation |
| | Court thanks alternate jurors and excuses from courtroom |
| 09:38am | Court in recess while jury deliberates |
| 01:28pm | Court in session without jury |
| | Court announces the jury has reached a verdict |
| | Jury in |
| | Verdicts published by the clerk - see separate verdict form for each deft |
| | Court polls the jury as a whole |
| | Defts to be sentenced on Tuesday, April 14, 2009 at 10:30am |
| | Defts to remain in custody of USM |
| | Court thanks jurors and excuses from the courtroom |
| 01:43pm | Court adjourned |

UNITED STATES OF AMERICA v. BERGER ET AL.
**Case No. 3:08cr22/LAC**

**THE HONORABLE LACEY A. COLLIER**
**Trial Date January 5, 2009**

**GOVERNMENT'S MASTER WITNESS LIST**

| NO. | NAME/POSITION | ADDRESS | STATUS |
|-----|---------------|---------|--------|
| 01 | Brenden Power *Sworn* 1/5/09 Constable | Queensland Police Service Brisbane, Australia | |
| 02 | Barbara Cordero *Sworn* 1/8/09 Special Agent | FBI Innocent Images Unit | |
| 03 | Joseph Ganc *Sworn* 1/7/09 Examiner | FBI Operations & Technology Division | |
| 04 | Edward Cramer *Sworn* 1/7/09 Examiner *Recall* 1/8/09 | FBI Operations & Technology Division | |
| 05 | Charles Wilder *Sworn* 1/6/09 Special Agent *Recall* 1/7, 1/8, | FBI Innocent Images Unit | |
| 06 | Keith Quigley *Sworn* 1/6/09 Special Agent | FBI Dallas Division | |
| 07 | Donald Wills *Sworn* 1/6/09 Examiner | FBI Dallas Division | |
| 08 | Gregory Hermanson Examiner *Sworn* 1/6/09 | FBI Operations & Technology Division | |
| 09 | Robert Cochran Special Agent | FBI Pensacola Division | |

| 10 | Victoria Harker<br>Special Agent | FBI<br>Ft. Walton Beach Division | |
|----|----------------------------------|---------------------------------|---|
| 11 | Carrie LeBlanc *sworn*<br>Special Agent *1/6/09* | FBI<br>Pensacola Division | |
| 12 | Timothy McCrohan<br>Examiner | FBI<br>Jacksonville Division | |
| 13 | Scott Downie *sworn 1/6/09*<br>Examiner | FBI<br>New Orleans Division | |
| 14 | Christopher Tarbell *sworn 1/6/09*<br>Examiner | FBI<br>Operations & Technology<br>Division | |
| 15 | Robert Herzog *sworn 1/8/09*<br>Special Agent | FBI<br>Indianapolis Division | |
| 16 | James Buckley *sworn 1/8/09*<br>Examiner | FBI<br>Indianapolis Division | |
| 17 | Michael Gordon *sworn 1/6/09*<br>Special Agent<br>*recall 1/7/8, 1/13* | FBI<br>Innocent Images Unit | |
| 18 | Emily Odom *sworn 1/7/09*<br>Special Agent | FBI<br>Indianapolis Division | |
| 19 | Mike Johnson<br>Special Agent | FBI<br>Indianapolis Division | |
| 20 | Joel Arthur *sworn 1/7/09*<br>Special Agent | FBI<br>Indianapolis Division | |
| 21 | Andrew Spurlock *sworn 1/7/09*<br>Examiner | FBI<br>Indianapolis Division | |
| 22 | Rex Miller *sworn 1/8/09*<br>Special Agent | FBI<br>San Antonio Division | |

| 23 | Christopher Lamb<br>Special Agent    *sworn 1/8/09* | FBI<br>San Antonio Division | |
| 24 | Jay Sasportas<br>Examiner    *sworn 1/8/09* | FBI<br>Operations & Technology<br>Division | |
| 25 | Frank Harrill    *sworn 1/5/09*<br>Special Agent | FBI<br>Seattle Division | |
| 26 | Lisa Jangaard<br>Special Agent    *sworn 1/8/09* | FBI<br>Seattle Division | |
| 27 | John Sparks<br>Examiner | FBI<br>Operations & Technology<br>Division | |
| 28 | Doug Rentz    *sworn 1/7/09*<br>Special Agent | FBI<br>Charlotte Division | |
| 29 | Jane Brillhard<br>Special Agent    *sworn 1/13/09* | FBI<br>Portland Division | |
| 30 | Henry Scott Huntsberry<br>Special Agent | FBI<br>District of Columbia | |
| 31 | Denise Holtz<br>Special Agent    *sworn 1/13/09* | FBI<br>Pittsburgh Division | |
| 32 | Kevin Shanley    *sworn 1/13*<br>Special Agent | FBI<br>Boston Division | |
| 33 | Denny Wood    *sworn 1/13/09*<br>Detective | Pierce County Sheriff's Office<br>Washington State | |
| 34 | Paul Ferraro    *sworn 1/8/09*<br>Examiner | FBI<br>Operations & Technology<br>Division | |
| 35 | Ruble Keys    *sworn 1/6/09* | Incarcerated Witness | |

| 36 | John Mosman SWORN 1/7/09 | Incarcerated Witness | |
| 37 | Raymond Roy | Incarcerated Witness | |
| 38 | Warren Weber SWORN 1/06/09 | Incarcerated Witness | |
| 39 | Bradford Byard SWORN 1/13/09 | | |
| 40 | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

| NORTHERN | DISTRICT OF | FLORIDA |
|---|---|---|

UNITED STATES OF AMERICA

V.

NEVILLE MCGARITY

## WITNESS LIST

Case  3:08cr22LAC

| PRESIDING JUDGE HONORABLE LACEY A. COLLIER | | | | | PLAINTIFF'S ATTORNEY David Goldberg/Lisa Marie Freitas | DEFENDANT'S ATTORNEY E. Brian Lang |
|---|---|---|---|---|---|---|
| TRIAL DATE (S) Jury Trial 1/5, 1/6, 1/7, 1/8, 1/13, | | | | | COURT REPORTER Donna Boland, Official Court Reporter | COURTROOM DEPUTY Mary Maloy |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF WITNESSES | |
| | 1 | | | | MICHAEL BERGER | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ____1____ Pages

AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

NORTHERN _____ DISTRICT OF _____ FLORIDA

UNITED STATES OF AMERICA

V.

NEVILLE MCGARITY

## WITNESS LIST

Case 3:08cr22LAC

| PRESIDING JUDGE HONORABLE LACEY A. COLLIER | | | | | PLAINTIFF'S ATTORNEY David Goldberg/Lisa Marie Freitas | DEFENDANT'S ATTORNEY Patrick Jackso |
|---|---|---|---|---|---|---|
| TRIAL DATE (S) Jury Trial 1/5, 1/6, 1/7, 1/8, 1/13, 1/14/09 | | | | | COURT REPORTER Donna Boland, Official Court Reporter | COURTROOM DEPUTY Mary Maloy |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES | |
| | 1 | | | | CHARLES GREEN | |
| | 2 | 1/13/09 | | | P. MICHAEL GORDON (Govt witness sworn 1/6; recalled by deft on 1/13/09) | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___1___ Pages

## UNITED STATES OF AMERICA v. BERGER ET AL.
### CASE NO. 3:08cr22/LAC

### THE HONORABLE LACEY A. COLLIER
### Trial Date January 5, 2009

### GOVERNMENT EXHIBIT LIST

| NO. | EXHIBIT | ID | EVIDENCE |
|---|---|---|---|
| 1A-B | Hard Drives | ✓ | ✓ |
| 2 | CD  *obys* | ✓ | ✓ |
| 3 | Header Example | ✓ | ✓ |
| 4 | Header Example | ✓ | ✓ |
| 5 | Header Example | ✓ | ✓ |
| 6 | Posting (9/5/2004) | ✓ | ✓ |
| 7 | Posting (9/25/2007) | ✓ | ✓ |
| 8 | Newsgroup Chart | ✓ | ✓ |
| 9 | Posting (12/2/2006) | ✓ | ✓ |
| 10 | Posting (7/28/2006) | ✓ | ✓ |
| 11 | Posting (1/2/2007) | ✓ | ✓ |
| 12 | Keyring | ✓ | ✓ |
| 13 | Posting (1/16/2008) | ✓ | ✓ |
| 14 | Posting (9/1/2006) | ✓ | ✓ |
| 15 | Posting (9/3/2006) | ✓ | ✓ |
| 16 | CD | ✓ | ✓ |
| 17A-C | Case Digests (*obys*) | ✓ | |
| 18 | Nickname Chart | ✓ | ✓ |
| 19 | Posting (3/5/2008) | ✓ | ✓ |
| 20A-B | Final Nickname Charts *obys* | ✓ | ✓ |
| 21A-E | CDs  *A,B,C,D*  *obys* | ✓ | ✓ |
| 22 | *WARREN WEBER PgA Agent* | ✓ | ✓ |
| 23 | *John Mosman PgA Agent* | ✓ | ✓ |
| 24 | | | |
| 25 | | | |

*All highlighted EXHIBITS RETURNED*
*on 1/15/09 to FBI Special Agent Charles Winters*

| | | ID | EVIDENCE |
|---|---|---|---|
| JF-1 | Posting (3/2/2006) | ✓ | ✓ |
| JF-2 | Business Records (Giganews)  ob)s | ✓ | ✓ |
| JF-3 | Business Records (Trustmark) | ✓ | ✓ |
| JF-4 | Posting (10/16/2006) | ✓ | ✓ |
| JF-5 | Business Records (Giganews)  ob)s | ✓ | ✓ |
| JF-6 | Business Records (Lycos) | ✓ | ✓ |
| JF-7 | Business Records (Western Union) | ✓ | ✓ |
| JF-8 | Posting (8/8/2007) | ✓ | ✓ |
| JF-9 | Business Records (Giganews)  obys | ✓ | ✓ |
| JF-10 | Business Records (Embarq) | ✓ | ✓ |
| JF-11A-D | Driver's License & Summary Charts | ✓ | ✓ |
| JF-12 | Certified Conviction | . | |
| JF-13 | Posting (11/8/2006)  obys | ✓ | ✓ |
| JF-14 | Posting (11/8/2006)  obys | ✓ | ✓ |
| JF-15 | | | ✓ |
| JF-16 | Posting (3/27/2007) | ✓ | ✓ |
| JF-17 | DVD  obys | ✓ | ✓ |
| JF-18A | Posting (11/7/2006) | ✓ | ✓ |
| JF-19A-C | Postings (2/7/2007) | ✓ | ✓ |
| JF-20A-B | Postings (10/15/2006) | ✓ | ✓ |
| JF-21A-B | Postings (2/7/2007) | ✓ | ✓ |
| JF-22 | Advice of Rights Form | ✓ | ✓ |
| JF-23A-B | Photographs | ✓ | ✓ |
| JF-24 | Computer Tower | ✓ | ✓ |
| JF-25A-D | DVDs  obys | ✓ | ✓ |
| JF-26A-C | Photographs | ✓ | ✓ |
| JF-27 | Computer Tower | ✓ | ✓ |
| JF27A | Reports from Hard DRIVE (Dift Frazman) | ✓ | ✓ |

| | | ID | EVIDENCE |
|---|---|---|---|
| JF-28 | Sticker | ✓ | ✓ |
| JF-29 | DVD Spindle | ✓ | ✓ |
| JF-30A-G | Electronic Evidence  A, B,C, D, E,F, G | ✓ | ✓ |
| JF-31 | Encryption Keys | ✓ | ✓ |
| JF-32 | CD | ✓ | ✓ |
| DC-1A-B | Postings (3/9/2007) | ✓ | ✓ |
| DC-2 | Business Records (UsenetServer) | ✓ | ✓ |
| DC-3 | Business Records (Cox Communications) | ✓ | ✓ |
| DC-4 | Business Records (Suddenlink Communications) | ✓ | ✓ |
| DC-5 | Business Records (AT & T) | ✓ | ✓ |
| DC-6 | Business Records (Suddenlink Communications) | ✓ | ✓ |
| DC-7 | Posting (2/15/2007) | ✓ | ✓ |
| DC-8 | Posting (3/29/2007) | ✓ | ✓ |
| DC-9A-B | Driver's License & Summary Chart  A, B | ✓ | ✓ |
| DC-10A-C | Posting (3/9/2007)  A, B, C | ✓ | ✓ |
| DC-11A-B | DVDs  A, B        A, B I S | ✓ | ✓ |
| DC-12A-B | Postings (3/30/2007)  A, B | ✓ | ✓ |
| DC-13A-B | Postings (9/2/2006)  A, B | ✓ | ✓ |
| DC-14A-G | Photographs  A, B, C, D, E, F, G | ✓ | ✓ |
| DC-15 | Computer Tower | ✓ | ✓ |
| DC-16A-C | Hard Drives  A, B, C | ✓ | ✓ |
| DC-17 | Hard Drive | ✓ | ✓ |

| | | ID | EVIDGNLE |
|---|---|---|---|
| DC-18 | CD | ✓ | ✓ |
| DC-19 | CD | ✓ | ✓ |
| DC-20 | CD | ✓ | ✓ |
| DC-21 | CD | ✓ | ✓ |
| DC-22 | Document (3/28/2007) | ✓ | ✓ |
| DC-23 | Document (3/1/2007) | ✓ | ✓ |
| DC-24 | Document (nicknames) | ✓ | ✓ |
| DC-25 | Document (nicknames) | ✓ | ✓ |
| DC-26 | Document (statute) | ✓ | ✓ |
| DC-27A-J | Electronic Evidence   A,B, C, D, E, F, G, H, I, J | ✓ | ✓ |
| DC-28 | Encryption Keys | ✓ | ✓ |
| DC-29 | CD | ✓ | ✓ |
| RW-1 | Posting (1/20/2007) | ✓ | ✓ |
| RW-2 | Business Record (Newscene) | ✓ | ✓ |
| RW-3 | Business Record (BellSouth) | ✓ | ✓ |
| RW-4 | Business Record (CitiBank) | ✓ | ✓ |
| RW-5 | Summary Chart | ✓ | ✓ |
| RW-6 | Screenshot   obys | ✓ | ✓ |
| RW-7 | Posting (9/5/2004) | ✓ | ✓ |
| RW-8 | Posting (3/12/2006) | ✓ | ✓ |
| RW-9 | Posting (1/24/2007) | ✓ | ✓ |
| RW-10 | Posting (1/13/2008) | ✓ | ✓ |
| RW-11A-C | Postings (1/1/2007)   A, B, C | ✓ | ✓ |

|  |  | ID | EVIDENCE |
|---|---|---|---|
| RW-12 | DVD | ✓ | ✓ |
| RW-13 | Business Record (Newscene) | ✓ | ✓ |
| RW-14 | Business Record (AT & T) | ✓ | ✓ |
| RW-15A-C | Driver's License & Summary Charts *A, B, C* | ✓ | ✓ |
| RW-16A-B | Photographs *A, B* | ✓ | ✓ |
| RW-17 | Computer Tower | ✓ | ✓ |
| RW-18 | Hard Drive | ✓ | ✓ |
| RW-19 | Document (11/4/2000) | ✓ | ✓ |
| RW-20 | Document (6/4/2002) | ✓ | ✓ |
| RW-21 | Document (handwritten) | ✓ | ✓ |
| RW-22 | Advice of Rights Form | ✓ | ✓ |
| RW-23 | Document (child pornography) | ✓ | ✓ |
| RW-24 | Consent to Assume Online Identity | ✓ | ✓ |
| RW-25A-D | Electronic Evidence *A, B, C, D* | ✓ | ✓ |
| RW-26 | Encryption Keys | ✓ | ✓ |
| RW-27 | DVD | ✓ | ✓ |
| ML-1 | Posting (11/15/2006) | ✓ | ✓ |
| ML-2 | Business Record (Newshosting) | ✓ | ✓ |
| ML-3 | Business Record (Comcast) | ✓ | ✓ |
| ML-4 | Business Record (JP Morgan Chase) | ✓ | ✓ |
| ML-5 | Posting (11/10/2006) | ✓ | ✓ |
| ML-6 | Business Record (Newshosting) | ✓ | ✓ |

| | | ID | EVIDENCE |
|---|---|---|---|
| ML-7 | Business Record (Comcast) | ✓ | ✓ |
| ML-8 | Business Record (AT & T) | ✓ | ✓ |
| ML-9 | Posting (2/2/2007) | ✓ | ✓ |
| ML-10 | Business Record (Newshosting) | ✓ | ✓ |
| ML-11A-D | Driver's License & Summary Charts A, B, C, D, | ✓ | ✓ |
| ML-12 | Posting (11/28/2006) | ✓ | ✓ |
| ML-13 | Posting (1/26/2007) | ✓ | |
| ML-14 | Posting (1/30/2007) | ✓ | ✓ |
| ML-15 | Posting (9/17/2007) | ✓ | ✓ |
| ML-16A-B | Postings (11/20/2006) A, B | ✓ | ✓ |
| ML-17 | DVD | ✓ | ✓ |
| ML-18A-B | Posting (2/1/2007) A, B | ✓ | ✓ |
| ML-19A-G | Photographs A, B, C, D, E, F, G | ✓ | ✓ |
| ML-20 | Computer Tower (black) | ✓ | ✓ |
| ML-21 | Computer Tower (gray) | ✓ | ✓ |
| ML-22 | Thumbdrive | | ✓ |
| ML-23 | Document (TrueCrypt) | ✓ | ✓ |
| ML-24 | Document (FAQ) | ✓ | ✓ |
| ML-25 | Document (ledger) | ✓ | ✓ |
| ML-26 | Handwritten note | ✓ | ✓ |
| ML-27 | Hard Drive | ✓ | ✓ |
| ML-28A-F | Electronic Evidence A, B, C, D, E, F | ✓ | ✓ |
| ML-29 | Encryption Keys | ✓ | ✓ |
| ML-30 | DVD | ✓ | ✓ |
| GL-1 | Posting (10/30/2006) σπ\ノ | ✓ | ✓ |
| GL-2 | Business Record (Newshosting) | ✓ | ✓ |
| GL-3 | Business Record (National City) | ✓ | ✓ |
| GL-4 | Business Record (Insight) | ✓ | ✓ |

| | | ID | EVIDENCE |
|---|---|---|---|
| GL-5A-B | Postings (2/1/2007) A, B obys | ✓ | ✓ |
| GL-6 | Business Record (Easynews) | ✓ | ✓ |
| GL-7 | Posting (10/8/2007) | ✓ | ✓ |
| GL-8 | Business Record (Newshosting) | ✓ | ✓ |
| GL-9 | Business Record (Insight) | ✓ | ✓ |
| GL-10A-D | Driver's License & Summary Charts A, B, C, D | ✓ | ✓ |
| GL-11 | Posting (7/19/2006) | ✓ | ✓ |
| GL-12 | Posting (6/19/2007) | ✓ | ✓ |
| GL-13 | Posting (1/31/2008) obys | ✓ | ✓ |
| GL-14 | Posting (5/8/2007) obys | ✓ | ✓ |
| GL-15 | DVD obys | ✓ | ✓ |
| GL-16 | Posting (4/12/2007) obys | ✓ | ✓ |
| GL-17A-B | Postings (12/15/2006) A, B obys | ✓ | ✓ |
| GL-18A-B | Photographs A, B | ✓ | ✓ |
| GL-19 | Computer Tower obys | ✓ | ✓ |
| GL-20 | Credit Card obys | ✓ | ✓ |
| GL-21 | Handwritten Notes obys | ✓ | ✓ |
| GL-22 | Handwritten Notes obys | ✓ | ✓ |
| GL-23 | Handwritten Notes | | |
| GL-24 | Document (Hidden OS) obys | ✓ | ✓ |
| GL-25 | Advice of Rights Form | ✓ | ✓ |
| GL-26 | Consent to Assume Online Identity | ✓ | ✓ |
| GL-27 | Hard Drive A, B obys (w. Hd rown) | ✓ | ✓ |
| GL-28A-B | Photographs (screenshots) A, B obys | ✓ | ✓ |
| GL-29A-F | Electronic Evidence A, B, C, D, E, F obys | ✓ | ✓ |
| GL-30 | Encryption Keys obys | ✓ | ✓ |
| GL-31 | CD obys | ✓ | ✓ |
| WM-1 | Posting (9/19/2006) | ✓ | ✓ |

|  |  | $\underline{ID}$ | EVIDENCE |
|---|---|---|---|
| WM-2 | Business Record (Giganews) | ✓ | ✓ |
| WM-3 | Business Record (Washington Mutual Bank) | ✓ | ✓ |
| WM-4 | Business Record (Qwest). | ✓ | ✓ |
| WM-5 | Posting (1/24/2007) | ✓ | ✓ |
| WM-6 | Business Record (Giganews) | ✓ | ✓ |
| WM-7 | Posting (4/9/2007) | ✓ | ✓ |
| WM-8 | Business Record (Giganews) | ✓ | ✓ |
| WM-9A-D | Driver's License & Summary Charts $A, B, C, D,$ | ✓ | ✓ |
| WM-10 | Posting (9/29/2007) | ✓ | ✓ |
| WM-11 | Posting (9/28/2007) | ✓ | ✓ |
| WM-11A | Posting (7/28/07) | ✓ | ✓ |
| WM-12 | Posting (12/8/2006) | ✓ | ✓ |
| WM-13 | DVD | ✓ | ✓ |
| WM-14 |  |  |  |
| WM-15A-B | Postings (1/13/2007) $A, B$ | ✓ | ✓ |
| WM-16A-B | Postings (1/26/2007) $A, B$ | ✓ | ✓ |
| WM-17A-C | Photographs $A, B, C$ | ✓ | ✓ |
| WM-18 | Computer Tower | ✓ | ✓ |
| WM-19 | Computer Tower | ✓ | ✓ |
| WM-20 | Hard Drive | ✓ | ✓ |
| WM-21 | Hard Drive | ✓ | ✓ |
| WM-22 | Hard Drive | ✓ | ✓ |

only "C"

| | | ID | EVIDENCE |
|---|---|---|---|
| WM-23 | Hard Drive | ✓ | ✓ |
| WM-24 | Hard Drive | ✓ | ✓ |
| WM-25 | Zip Drive | ✓ | ✓ |
| WM-26A-H | Box of images A | ✓ | ✓ |
| WM-27 | Advice of Rights Form | ✓ | ✓ |
| WM-28 | Consent to Assume Online Identity | ✓ | ✓ |
| WM-29A-F | Electronic Evidence A,B,C,D,E,F | ✓ | ✓ |
| WM-30 | Encryption Keys | ✓ | ✓ |
| WM-31 | DVD | ✓ | ✓ |
| WM-32 | Certified Conviction | | |
| NM-1 | Posting (11/14/2006) | ✓ | ✓ |
| NM-2 | Business Record (Easynews) | ✓ | ✓ |
| NM-3 | Business Record (Wild Blue) | ✓ | ✓ |
| NM-4 | Business Record (James Cable) | ✓ | ✓ |
| NM-5 | Business Record (Guaranty Bank) | ✓ | ✓ |
| NM-6 | Posting (2/20/2007) | ✓ | ✓ |
| NM-7 | Business Records (Easynews) | ✓ | ✓ |
| NM-8 | Business Records (Google) | ✓ | ✓ |
| NM-9 | Posting (9/10/2007) | ✓ | ✓ |
| NM-10 | Business Record (Easynews) | ✓ | ✓ |
| NM-11 | Business Record (Wild Blue) | ✓ | ✓ |
| NM-12A-D | Driver's License & Summary Chart A,B,C,D (obj) | ✓ | ✓ |
| NM-13 | | | |

|  |  | ID | EVIDENCE |
|---|---|---|---|
| NM-14 | Posting (1/19/2008) | ✓ | ✓ |
| NM-15 | Posting (12/18/2006) | ✓ | ✓ |
| NM-16 | DVD (obj) | ✓ | ✓ |
| NM-17A-C | Postings (9/10/2007) A, B, C | ✓ | ✓ |
| NM-18A-B | Postings (1/6/2007), A, B (obj) | ✓ | ✓ |
| NM-19A-C | Postings (1/17/2007) A, B, C | ✓ | ✓ |
| NM-20 | Photograph | ✓ | ✓ |
| NM-21 | Hard Drive | ✓ | ✓ |
| NM-22 | Hard Drive | ✓ | ✓ |
| NM-23 | Hard Drive | ✓ | ✓ |
| NM-24 | CD | ✓ | ✓ |
| NM-25A-B | Modem & Thumb Drive A, B | ✓ | ✓ |
| NM-26 | Document (Bank statement) | ✓ | ✓ |
| NM-27 | Document (Wild Blue) | ✓ | ✓ |
| NM-28 | Advice of Rights Form | ✓ | ✓ |
| NM-29 | Printed images (obj) | ✓ | ✓ |
| NM-30 | Consent to Assume Online Identity | ✓ | ✓ |
| NM-31 | Document (Defendant's statement) (obj) | ✓ | ✓ |
| NM-32A-E | Electronic Evidence A, B, C, D, E | ✓ | ✓ |
| NM-33 | DVD (obj) | ✓ | ✓ |

| | | ID | EVIDENCE |
|---|---|---|---|
| NM-34 | Certified Conviction | | |
| HEARING ONE: | copies of gov't EXHIBITS (GL2, GL6, ML2, NM2, NM7) | ✓ | ✓ |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

NORTHERN        DISTRICT OF        FLORIDA

UNITED STATES OF AMERICA

V.

WARREN MUMPOWER

## EXHIBIT LIST

Case 3:08cr22LAC

| PRESIDING JUDGE HONORABLE LACEY A. COLLIER | | | | | PLAINTIFF'S ATTORNEY David Goldberg/Lisa Marie Freitas | DEFENDANT'S ATTORNEY E. Brian Lang |
|---|---|---|---|---|---|---|
| TRIAL DATE (S) Jury Trial 1/5, 1/6, 1/7, 1/8, 1/13, & 1/14/09 | | | | | COURT REPORTER Donna Boland, Official Court Reporter | COURTROOM DEPUTY Mary Maloy |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS | |
| | | 1/13/09 | X | X | JOINT EXHIBIT offered by deft Warren Mumpower  - Copy of Email dated 12/08/06 | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___1___ Pages

## U.S. DISTRICT COURT EXHIBITS, NORTHERN DISTRICT OF FLORIDA

| Case Number: **3:08cr22LAC** | Case Type: **Criminal** | Judge: **Judge Lacey A. Collier** |
|---|---|---|
| Plaintiff: **USA** | | Plaintiff's Attorney: **David Goldberg/Lisa Marie Freitas, AUSA** |
| Defendants: **J. Freeman /G. Lakey / M. Lambert** / N. McGarity / W. Mumpower / R. White / D. Castleman | | Defendant Attorneys: T. Keith / A.Oram / S. Sutherland /P. Jackson / B. Lang / C. Couch / G. Murphy |
| Type of Proceeding: **Jury Trial** | | Date of Proceeding: **1/5,1/6,1/7,1/8,1/13 & 1/14/09** |

Description of Exhibits: **Govt Exhibits: Computer Towers, CDs, DVDs, Hard Drives, Photographs, Business Records, Miscellaneous Documents, etc.**
                    **Deft Exhibits: One page document (joint exhibit WM#1)**

| Location of Exhibits: **Secured Storage** | Hold: **Yes** | Date Exhibits were disposed of: |
|---|---|---|

Status of Custody: Due to the sensitive nature of the exhibits, all exhibits highlighted on the attached sheet were returned to FBI Agent Charles Wilder on 1/15/09. Only documentary exhibits is maintained by the Clerk - One box of documents placed in secured storage)

## TEMPORARY REMOVAL OF EXHIBIT(S)

| DATE REMOVED: | DATE RETURNED: | CHECKED OUT TO: |
|---|---|---|
| DATE REMOVED: | DATE RETURNED: | CHECKED OUT TO: |
| DATE REMOVED: | DATE RETURNED: | CHECKED OUT TO: |
| DATE REMOVED: | DATE RETURNED: | CHECKED OUT TO: |

## PERMANENT REMOVAL OR DESTRUCTION

DATE:_____          BY DEPUTY CLERK:_____