**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

UNITED STATES OF AMERICA

    VS                                            CASE NO.  3:08cr22 LAC

JAMES FREEMAN

**REFERRAL AND ORDER**

Referred to Judge Lacey Collier on   January 28, 2009
Motion/Pleadings:  MOTION FOR NEW TRIAL
Filed by  DEFENDANT   on 1/26/09   Doc.# 490

RESPONSES:
BY GOVERNMENT   on 1/27/09   Doc.# 496
_____ on _____ Doc.# _____

____ Stipulated   ____ Joint Pldg.
____ Unopposed   ____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

s/Mary Maloy
LC (1 OR 2)   Deputy Clerk: Mary Maloy

# *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 29th day of January, 2009, that:*

*(a) The relief requested is* **DENIED.**

*(b)* _____

s/*L.A. Collier*
**LACEY A. COLLIER**
*Senior United States District Judge*

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____

Document No.