UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.  3:08cr22 - LAC

JAMES FREEMAN
_____/

## WRIT OF ATTACHMENT

IN CONSIDERATION of the July 9, 2009, amended judgment entered in this case and the request by the United States of America for a writ of attachment and finding good cause therefore,

IT IS HEREBY ORDERED that the United States Marshal Service shall levy upon the property listed below which is in the custody Ficarra Builders, 228 Market Street, Santa Rosa Beach, Florida, 32459, and provide said custodian with a copy of this Writ.

IT IS FURTHER ORDERED that the United States Marshal Service shall serve a copy of the Writ upon the debtor, James Freeman, whose last known address was the Santa Rosa County Jail.

IT IS FURTHER ORDERED that the United States Marshal Service shall return the Writ to the Court within five days of the levy with an endorsement of the action thereon.  The monies seized should be held in the United States Marshal's holding account until further order of the Court.

The property subject to levy with this Writ is as follows:

401(k) Account belonging to James Freeman held by Ficarra Builders.

DONE and ORDERED this 15th day of July, 2009.

                                                s/*L.A. Collier*
                                                LACEY A. COLLIER
                                                SENIOR UNITED STATES DISTRICT COURT

## Marshal's Return

Date and Hour Writ received: _____

Date and Hour Writ executed: _____

Description of property and action taken: _____

_____

_____

_____

Marshal's costs, expenses and fees: _____

_____

Date of Return: _____

                                                Dennis A. Williamson
                                              United States Marshal


                                                By: _____