**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

**UNITED STATES OF AMERICA,**

v.                                        Case No. 3:08cr22/LAC

**JAMES FREEMAN,**

       **Defendant**.
_____/

## RESTITUTION CLARIFICATION

Defendant has filed his objections to this Court's restitution order. His objections are noted. Defendant complains that he does not know how the Court arrived at the restitution amount. The following clarification is offered.

The Government presented evidence in the form of a report from Stan V. Smith, Ph.D., of the Smith Economics Group, Ltd., which gave the present value of lost wages and benefits assuming the victim worked until certain ages. The Court accepted his work as reasonable except that the Court concluded from the evidence presented that the victim would have worked only until age 65 vs. age 67. Restitution was then determined from Dr. Smith's tables as follows:

| | |
|---|---:|
| Loss of wages and benefits to age 65: | $3,067,671 |
| Offset wages to age 65: | (316,594) |
| Net wages and benefits loss: | $2,751,077 |
| | |
| Cost of future treatment and counseling: | $512,682 |
| | |
| Total restitution due: | $3,263,758 |

DONE this 5th day of August 2009.

                                                s/*L.A. Collier*
                                                LACEY A. COLLIER
                                              Senior United States District Judge