UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                        Case No.  3:08cr22 - LAC

JAMES FREEMAN,

    Defendant.
_____/

**ORDER**

Upon consideration of the Motion to Transfer Funds filed by the United States, it is hereby:

ORDERED that Ficarra Builders will provide the United States Attorney's Office a current balance of the Defendant James Freeman's 401(k) and will transfer the entire account balance to the U. S. District Clerk of Court to be applied towards restitution and assessments. It is further:

ORDERED that Ficarra Builders will provide the 401(k) balance no later than October 15, 2009.  The statement should be mailed to Paul Alan Sprowls, Assistant United States Attorney, 111 North Adams Street, 4th Floor, Tallahassee, Florida, 32301.  The transfer of funds should be completed no later than November 18, 2009.  The check should be made payable to the "Clerk of Court" and mailed to U.S. Clerk of Court, 111 North Adams Street, Suite 322, Tallahassee, Florida, 32301.

                                                        s/*L.A. Collier*
                                                        LACEY A. COLLIER
                                                       Senior United States District Judge
                                                       Date signed:  October 6, 2009