IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

vs.                             Case Nos.:   3:08cr22/LAC/EMT
                                                                      3:13cv304/LAC/EMT

JAMES FREEMAN
_____/

## O R D E R

This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated August 29, 2016 (ECF No. 1196). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a de novo determination of the objections filed.

Having considered the Report and Recommendation, and the timely filed objections thereto, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2 Defendant's Motion to Vacate, Set Aside or Correct Sentence (ECF No. 972) is **DENIED**.

3.   A certificate of appealability is denied.

**DONE AND ORDERED** this 21st day of September 2016.

                                                            s/*L.A. Collier*

                                        **LACEY A. COLLIER**
                                        **SENIOR UNITED STATES DISTRICT JUDGE**