UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.  Case Nos.  3:08cr22/LAC/EMT
3:20cv46/LAC/EMT

JAMES FREEMAN
_____/

ORDER

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated January 27, 2020 (ECF No. 1304). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of the timely filed objections.

Having considered the Report and Recommendation and the objections thereto, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. The Motion to Vacate, Set Aside, or Correct Sentence (ECF No. 1303) is **DENIED and DISMISSED**.

3. A certificate of appealability is **DENIED**.

**DONE AND ORDERED** this 25th day of February, 2020.


                          s/*L.A. Collier*
                          **LACEY A. COLLIER**
                          **SENIOR UNITED STATES DISTRICT JUDGE**